CARMELA CASCONI, as Administratrix of the Estate of LUCCA CASCONI, Deceased, Respondent, *v.* CARMELO PELLEGRINO, Doing Business under the Firm Name of A. PELLEGRINO & SON, Appellant.

(Argued October 25, 1928; decided November 27, 1928.)

*Clarence S. Zipp* and *E. C. Sherwood* for appellant.
*Herbert Northrup Warbasse* for respondent.

 no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.